Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANAZ NIKSEFAT ) | Case No. CV09-09362 RGK (PLAx) |
| ) | |
| Plaintiff ) | [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| JANE ARELLANO, District ) | |
| Director, Los Angeles Office, ) | |
| UNITED STATES CITIZENSHIP ) | |
| & IMMIGRATION SERVICES ) | |
| Defendants. ) | |

[PROPOSED] ORDER

The Court orders that Plaintiff's Certificate of Naturalization be amended, *to reflect Plaintiffs accurate date of birth* and that Defendant, the District Director of the USCIS, be served with this Order

Dated: JUN 28 2010

_____
HON. R. GARY KLAUSNER
United States District Judge